UNPUBLISHED ORDER
Not to be cited per Circuit Rule 53

# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois  60604**

January 4, 2006

**Before**

Hon. RICHARD A. POSNER, *Circuit Judge*

Hon. FRANK H. EASTERBROOK, *Circuit Judge*

Hon. TERENCE T. EVANS, *Circuit Judge*

Nos. 03-1114 & 04-1095

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff-Appellee,* | Appeals from the United States District Court for the Northern District of Illinois, Eastern Division |
| *v.* | |
| | No. 01 CR 348 |
| BONNIE LAGIGLIO, *Defendant-Appellant.* | John F. Grady, *Judge.* |

## O R D E R

Bonnie LaGiglio was sentenced for a tax offense.  On appeal she argued that the district court erred by sentencing her under the formerly mandatory sentencing guidelines, *see United States v. Booker*, 543 U.S. 220 (2005).  We ordered a limited remand, *United States v. Paladino*, 401 F.3d 471, 484 (7th Cir. 2005), and the district court said that it would have imposed the same sentence had it known that the guidelines were advisory.  That sentence was within a properly calculated guideline range and presumptively reasonable, *see United States v. Mykytiuk*, 415 F.3d 606, 608 (7th Cir. 2005).  Because LaGiglio has not rebutted that presumption, the judgment is AFFIRMED.